899-6(B)

**07 CV 10966**

DeORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff
PAKRI TANKERS OU



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAKRI TANKERS OU,

                  Plaintiff,

       v.

ARAL WIND LTD.

                 Defendant.
------------------------------------------------------------X

07 Civ. (     )

**FED. R. CIV. P.
7.1 CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff Pakri Tankers OU certifies upon information and belief that Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                  DeORCHIS, WIENER & PARTNERS, LLP
                                  Attorneys for Plaintiff
                                  PAKRI TANKERS OU

                                  By: _____
                                  Christopher H. Mansuy
                                  61 Broadway, 26th Floor
                                  New York, New York 10006-2802
                                  (212) 344-4700

W:\899-6\Legals (B)\Rule 7.1 Certification.Doc 12/3/07-sh