899-6(B)

**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff
PAKRI TANKERS OU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PAKRI TANKERS OU

                           Plaintiff,

       v.

ARAL WIND LTD.

                          Defendant.
-----------------------------------------------------------X

07 Civ.  (   )

*EX PARTE* ORDER FOR
PROCESS OF MARITIME
ATTACHMENT AGAINST
<u>ARAL WIND LTD.</u>

**WHEREAS**, on December 3, 2007 Plaintiff PAKRI TANKERS OU filed a Verified Complaint herein for damages amounting to US$1,968,491.28 and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS** the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendant's property within this District; and

**WHEREAS** the Court has reviewed the Verified Complaint and the Supporting Affidavit and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED** that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for Defendant ARAL WIND LTD. by any garnishees within this District, including but not limited to, HSBC (USA), Bank of America, Wachovia, Citibank, Deutsche Bank & Trust Co., American Express Bank, J.P. Morgan Chase, Bank of New York, HSBC Bank NA and/or Standard Chartered Bank in an amount up to and including US$1,968,491.28 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming interest in the property attached or garnisheed pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United Stated Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or alternative electronic means to any garnishee that advised Plaintiff that it consents to such service; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service from the time of service each day through noon of the garnishee's next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
       December 3, 2007

SO ORDERED:

_John F. Keenan_
U.S.D.J.
Part T

W:\899-6\Legals (B)\Ex Parte Order, 11-27-07, Chm.Doc 12/3/07-