899-6(B)

DEORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff
PAKRI TANKERS OU

**07 CV 10966**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PAKRI TANKERS OU,

      Plaintiff,

    v.

ARAL WIND LTD.

      Defendant.
-----------------------------------------------------------X

07 Civ.    (   )

ORDER APPOINTING
SPECIAL PROCESS SERVER
TO SERVE *EX PARTE* ORDER OF
PROCESS
OF MARITIME ATTACHMENT

  An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

  **NOW,** good cause having been shown, it is hereby

  **ORDERED,** that Christopher H. Mansuy, or any partner, associate, agent or paralegal of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold assets for, or on account of, Defendant, and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile or email transmission as provided by the Ex Parte Order for Process of Maritime Attachment.

Dated: New York, New York
       December 3, 2007

                                    _____
                                              U.S.D.J.
                                              Part I

W:\899-6\Legals (B)\Order Appointing Special Process Server 112707.Chm.Doc 12/3/07-kc/sh

CERTIFIED COPY
J. MICHAEL McMAHON,          CLERK
BY _____
              DEPUTY CLERK

2