UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PAKRI TANKERS OU

                      Plaintiff,

       v.

ARAL WIND LTD.

                    Defendant.
---------------------------------------------------------------X

07 Civ. 10966 (BSJ)

***STIPULATION AND ORDER***
***OF***
***SUBSTITUTION OF COUNSEL***

Plaintiff PAKRI TANKERS OU hereby substitutes as counsel the law firm of MAHONEY & KEANE, LLP, 111 Broadway, 10th Floor, New York, New York 10006, in the place and stead of the law firm of DEORCHIS & PARTNERS, LLP, 61 Broadway, 26th Floor, New York, New York 10006.

**DEORCHIS & PARTNERS, LLP**
Former Attorneys for Plaintiff
PAKRI TANKERS OU

By: _____
Vincent M. De Orchis
61 Broadway, 26th Floor
New York, New York 10006-2802
212-344-4700

**MAHONEY & KEANE, LLP**
Attorneys for Plaintiff
PAKRI TANKERS OU

By: _____
Christopher H. Mansuy
111 Broadway, 10th Floor
New York, New York 10006
212-385-1422

Dated: New York, New York
February 22, 2008

SO ORDERED:
_____
U.S.D.J.

W:\899-6\Legals (B)\Stip&Order Of Sub Counsel.Doc 2/15/08-kc