UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PAKRI TANKERS OU

                Plaintiff,

      -against-

ARAL WIND LTD.
                Defendant.
-----------------------------------------------------------x

07 CIVIL 10966 (BSJ)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Christopher H. Mansuy__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    ~~CM0813~~

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/~~Government Agency Association~~*

    From: __DeOrchis & Partners LLP__

    To: __Mahoney & Keane LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* __111 Broadway, 10th Floor, New York, NY 10006__

☒ *Telephone Number:* __212-385-1422__

☒ *Fax Number:* __212-385-1605__

☒ *E-Mail Address:* __cmansuy@mahoneykeane.com__

Dated: __February 25, 2008__ _____